■ NANCY SCROFINI et al., Appellants, v M. ELIZABETH G. SEBOLLENA et al., Respondents. [640 NYS2d 818] —In an action to recover damages for medical malpractice, etc., the plaintiffs appeal from an order of the Supreme Court, Kings County (Scholnick, J.), dated April 19, 1995, which granted the separate motions of the defendants Victory Memorial Hospital and M. Elizabeth G. Sebollena for summary judgment dismissing the complaint as time-barred.

Ordered that the order is affirmed, with one bill of costs.

The court correctly determined that the continuous treatment doctrine does not apply and dismissed the action as untimely (*see, Jorge v New York City Health & Hosps. Corp.,* 79 NY2d 905). Sullivan, J. P., Copertino, Santucci and Goldstein, JJ., concur.

■ SUNNYDAY ENTERPRISE INDUSTRIES, LTD., Respondent, v LOUIS MANTELL et al., Appellants, et al., Defendant. [640 NYS2d 618] —Appeals by the defendants Louis Mantell and Linda Frederick from stated portions of two orders of the Supreme Court, Kings County, dated July 28, 1994 (Hurowitz, J.), and July 11, 1995 (Barasch, J.), and a purported appeal by the same defendants from an order of the same court (Barasch, J.), entered June 13, 1995.

Ordered that the purported appeal from the order entered June 13, 1995, is dismissed, without costs or disbursements, as no notice of appeal was filed; and it is further,

Ordered that the order dated July 28, 1994, is affirmed insofar as appealed from, without costs or disbursements, without opinion; and it is further,

Ordered that the order dated July 11, 1995, is affirmed insofar as appealed from, without costs or disbursements, for reasons stated by Justice Barasch at the Supreme Court. Rosenblatt, J. P., Copertino, Altman and Friedmann, JJ., concur.